## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02513-RPM-CBS

DONALD KARDOK,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

        Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

        THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay his or its own attorney's fees and costs.

DATED: March 6th, 2007

                                      BY THE COURT:

                                      s/ Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge